**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.                                  Case Number 8:00CR24-001

                                    USM Number 16391-047

**DANIEL MATTHEW SYNOWIECKI**
    **Defendant**

                                    **Karen M. Shanahan**

                                    **Defendant's Attorney**

_____

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**

**THE DEFENDANT** admitted guilt to violation of conditions 5, 6, 11 and special condition 3 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Defendant failed to secure and/or maintain employment | On going |
| 3 | Defendant failed to notify the U.S. Probation Office of his change in address | September 26, 2005 |
| 4 | Defendant failed to notify probation of his arrest on December 2, 2005 | September 26, 2005 |
| 5 | Failure to pay restitution in the amount of $88,926.54 | On going |
| 6 | Defendant failed to obtain permission to open a checking account | March 2, 2005 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                           Date of Imposition of Sentence:
                                                                    April 3, 2006

                                                                  s/Laurie Smith Camp
                                                         United States District Judge

                                                                        April 10, 2006

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated in a federal facility as close to **Omaha, NE** as possible.

2. Defendant shall be given credit for time served.

The defendant is remanded to the custody of the United States Marshal.

# ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

# RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

# CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | $88,926.54 |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

interest requirement is waived.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$88,926.54** is hereby ordered. The Defendant shall make restitution to the following payees in the amounts listed below.

If the Defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Commercial Federal Bank | $6,907 | $6,907 | Priority Order/Percentage |
| Bell Federal Credit Union | $250.00 | $250.00 | Priority Order/Percentage |
| CUNA Mutual Insurance | $889.90 | $889.90 | Priority Order/Percentage |
| Check Rite | $114.92 | $114.92 | Priority Order/Percentage |
| Mid City Bank | $1,800.00 | $1,800.00 | Priority Order/Percentage |
| Nebraska Furniture Mart | $4,016.18 | $4,016.18 | Priority Order/Percentage |
| Norwest/Wells Fargo Bank | $14,850.72 | $14,850.72 | Priority Order/Percentage |
| MBNA American/Suntrust Credit Card | $1,105.98 | $1,105.98 | Priority Order/Percentage |

Defendant: DANIEL MATTHEW SYNOWIECKI  Page 4 of 5
Case Number: 8:00CR24-001

| | | | |
|---|---|---|---|
| U.S. Bank | $41,216.70 | $41,216.70 | Priority Order/Percentage |
| Equifax Check Service | $1,367.15 | $1,367.15 | Priority Order/Percentage |
| Circuit City Stores | $787.71 | $787.71 | Priority Order/Percentage |
| Marcia Synowiecki | $776.34 | $776.34 | Priority Order/Percentage |
| Michelle Synowiecki | $743.46 | $743.46 | Priority Order/Percentage |
| Applebee's | $51.44 | $51.44 | Priority Order/Percentage |
| Bag n' Save | $58.34 | $58.34 | Priority Order/Percentage |
| Border's Bookstores | $462.46 | $462.46 | Priority Order/Percentage |
| Petrows | $58.19 | $58.19 | Priority Order/Percentage |
| CMF | $56.20 | $56.20 | Priority Order/Percentage |
| Glass, Inc. | $97.96 | $97.96 | Priority Order/Percentage |
| Eddy's | $221.48 | $221.48 | Priority Order/Percentage |
| The Jones Store | $271.34 | $271.34 | Priority Order/Percentage |
| Hy-Vee | $3,029.29 | $3,029.29 | Priority Order/Percentage |
| Telecheck | $5,338.50 | $5,338.50 | Priority Order/Percentage |
| Accucheck | $1,011.33 | $1,011.33 | Priority Order/Percentage |
| Platinum Recovery Systems | $2,386.79 | $2,386.79 | Priority Order/Percentage |
| Target Stores | $330.00 | $330.00 | Priority Order/Percentage |
| ICS | $673.83 | $673.83 | Priority Order/Percentage |
| Wal-Mart | $53.33 | $53.33 | Priority Order/Percentage |
| **Totals** | **$88,926.54** | **$88,926.54** | |

\*\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, the court orders that payment of the total criminal monetary penalties shall be due as follows:

    The defendant shall pay the special assessment in the amount of $100.00.

The Defendant shall make monthly payments in the amount of $100 each. The first installment payment is due on the first day of the first month after release from imprisonment and thereafter until paid in full.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court. In the event a defendant is able to make a full or substantial payment toward the remaining criminal monetary penalty, he or she shall do so immediately.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk